**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PHYLLIS KAMINOWITZ,

        Plaintiff,

v.                                        Case No.: 6:23-cv-1446-WWB-EJK

ASSISTRX, INC., ARX PATIENT
SOLUTIONS, LLC and ARX PATIENT
SOLUTIONS PHARMACY, LLC,

        Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court on the Parties' Joint Motion to Stay Case Deadlines. ("**Motion to Stay**," Doc. 36). Therein, the parties request that the Court stay this case to allow the parties to continue settlement negotiations and potentially resolve the underlying dispute.

"Courts have the inherent power to control their own dockets, including the power to stay proceedings." *Tomco Equip. Co. v. Se. Agri-Sys., Inc.*, 542 F. Supp. 2d 1303, 1307 (N.D. Ga. 2008) (citation omitted). "When considering such a stay, courts consider several factors, including (1) whether a stay will unduly prejudice or tactically disadvantage the non-moving party, (2) whether a stay will simplify the issues and streamline the trial, (3) whether a stay will reduce the burden of litigation on the parties and on the court." *Baxa Corp. v. Forhealth Techs., Inc.*, No. 6:06-cv-0353-Orl-19JGG, 2006 WL 4756455, at *1 (M.D. Fla. May 5, 2006) (citations omitted). For the reasons set forth in the Motion to Stay, the Court finds that a stay of these proceedings to allow the parties to explore settlement is in the best interests of justice because it will not

disadvantage the parties, could simplify and streamline the issues, and would potentially reduce the burden of this litigation on the parties and the Court.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion to Stay (Doc. 36) is **GRANTED**.

2. All case deadlines are **STAYED** until February 29, 2024.

3. On or before **February 29, 2024**, or within fourteen days of the execution of a settlement agreement—whichever is sooner— the parties shall file a joint report as to the status of this litigation. Additionally, if a settlement has been reached by that date, Plaintiff shall file her motion for preliminary approval of any such settlement.

5. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** in Orlando, Florida on January 22, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2