# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **PHYLLIS KAMINOWITZ**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>**ARX PATIENT SOLUTIONS, LLC, ASSISTRX, INC.,** and **ARX PATIENT SOLUTIONS PHARMACY, LLC**<br><br>        Defendant. | Case No.: 6:23-CV-01446-WWB-EJK<br><br>Judge: Wendy W. Berger<br><br>Magistrate Judge: Embry J. Kidd |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Phyllis Kaminowitz ("Plaintiff") and Defendants ARX Patient Solutions, LLC, ASSISTRX, Inc., and ARX Patient Solutions Pharmacy, LLC (collectively, "ARX" or "Defendants") (together, the "Parties"), by and through their respective undersigned counsel, jointly request an extension of time to file the Motion for Preliminary Approval of Class Action Settlement:

    1.    On January 22, 2024, this Court Stayed the deadlines in this matter until February 29, 2024. The Order also directed the Parties to file a Motion for Preliminary Approval of Class Action Settlement or a Joint Status Report by February 29, 2024.[1]

---

[1] "On or before February 29, 2024, or within fourteen days of the execution of a settlement agreement—whichever is sooner— the parties shall file a joint report as to the status of this litigation. Additionally, if a settlement has been reached by that date, Plaintiff shall file her motion for preliminary approval of any such settlement." ECF No. 37.

1

2. On February 28, 2024, the Parties timely filed a Joint Status Report (ECF No. 38), respectfully requesting that the deadline for the submission of the Motion for Preliminary Approval of Class Action Settlement be extended until March 21, 2024. No response from the Court was received.

3. On March 21, 2024, the Parties filed a Joint Status Report in which the Parties requested the deadline for the submission of the Motion for Preliminary Approval of Class Action Settlement be extended until April 4, 2024. ECF No. 39. The Court granted this request on March 26, 2024. ECF No. 40.

4. On April 4, 2024, the Parties filed a Joint Motion for Extension of Time (ECF No. 41).

5. The Parties have made substantial progress towards finalizing the settlement including confirming the claims administrator and resolving the issue of a service award. The only items remaining open are the amount of attorney's fees (if any) Plaintiff's counsel are permitted to request under the settlement (subject to Court approval) and finalizing the notices to be sent to the settlement class (also subject to Court approval).

6. Plaintiff's Counsel provided Defendants' Counsel with a draft of the Motion for Preliminary Approval on April 2, 2024, with the anticipation that it can be filed as unopposed.

WHEREFORE, the Parties respectfully request that the deadline for the submission of the Motion for Preliminary Approval of Class Action Settlement be extended until **May 3, 2024**, based on the Parties' continuing settlement efforts.

Date: April 19, 2024

Respectfully Submitted,

**COUNSEL FOR PLAINTIFF AND THE PROPOSED CLASS:**

*/s/: William B. Federman*
William B. Federman*
Lead Counsel
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com
*\*Admitted Pro Hac Vice*

**COUNSEL FOR DEFENDANTS:**

*/s/: Jason C. Kravitz*
Jason C. Kravitz*
Massachusetts Bar No. 565904
Leslie Hartford*
Massachusetts Bar No. 687929
Nixon Peabody LLP
53 State Street
Exchange Place
Boston, MA  02109
Phone:  (617) 345-1000
Fax:  (617) 345-1300
Email:  jkravitz@nixonpeabody.com
           lhartford@nixonpeabody.com
*\*Admitted pro hac vice*

Nichole M. Mooney
Florida Bar No. 057908
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone:  (407) 841-1200
Fax:  (407) 423-1831
E-mail:  nmooney@deanmead.com
           kgazboda@deanmead.com