# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PHYLLIS KAMINOWITZ,

        Plaintiff,

v.                                            Case No.: 6:23-cv-1446-WWB-EJK

ASSISTRX, INC., ARX PATIENT
SOLUTIONS, LLC and ARX PATIENT
SOLUTIONS PHARMACY, LLC,

        Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 47).  United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 49), in which he recommends that Plaintiff's Motion be granted.

    After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis and conclusions of law in the Report and Recommendation.

    Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 47) is **GRANTED**.

3. The class, as defined by the Class Action Settlement Agreement, is preliminarily **CERTIFIED** for the purposes of settlement.

4. The Class Action Settlement Agreement (Doc. 48-1 at 2–45) and Notice of ARX Data Incident Class Action Settlement ("**Class Notice**," Doc. 48-1 at 47–53) are preliminarily **APPROVED**.

5. Plaintiff Phyllis Kaminowitz is **APPOINTED** as the class representative and attorney William B. Federman is **APPOINTED** as class counsel.

6. On or before **February 24, 2025**, the Settlement Administrator shall send the Class Notice to all class members identified by Defendants in the class data by electronic mail, if available, or by U.S. mail, if electronic mail is unavailable or undeliverable. The Settlement Administrator shall also post the Class Notice and all other documents and information as outlined in the parties' Motion and the Report and Recommendation on a settlement website.

7. On or before **March 17, 2025**, the Settlement Administrator shall file a declaration with the Court confirming that the Class Notice and any other information required by the Settlement Agreement or the Plan of Allocation were sent in accordance with this Order.

8. Any and all Class Member objections must be filed with this Court and served on class counsel in accordance with the Class Notice no later than **April 16, 2025**, and must include the information set forth in the Class Notice.

9. Class Counsel shall file a motion for final approval of the settlement on or before **April 23, 2025**.

10. Class counsel shall file any motions for attorneys' fees, cost, and service awards on or before **April 9, 2025**. Defendants shall have fourteen days from the service of any such motion to file any opposition thereto.

11. A final fairness hearing will be held on **May 7, 2025, at 1:00 p.m.** before the undersigned in Courtroom 3B.

12. This case remains **STAYED** pending the resolution of the motion for final approval of the settlement.

**DONE AND ORDERED** in Orlando, Florida on February 6, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record